IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAMONT MCLEOD, individually, <br><br> Plaintiff, <br><br> v. <br><br> THE SHELTON GROUP HOLDINGS LLC, a limited liability company, <br><br> Defendant. | Civil Action File No. <br> 1:21-cv-04094-SDG |

**NOTICE OF SETTLEMENT**
_____

PLEASE TAKE NOTICE that Plaintiff Lamont McLeod and Defendant The Shelton Group Holdings LLC have reached a tentative resolution regarding all substantive issues in dispute. The parties are currently in the process of obtaining their respective client's signatures and anticipate filing a stipulation of dismissal within forty-five (45) days.

Respectfully submitted, this 24th day of November 2021.

/s/Alisa P. Cleek
Alisa P. Cleek
Georgia Bar No. 581063
acleek@taylorenglish.com

02183170-1

TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
(770) 434-6868 Telephone
(770) 434-7376 Facsimile

*Attorney for Defendant*
*The Shelton Group Holdings LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2021, I electronically filed the foregoing **NOTICE OF SETTLEMENT** using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

Julie McCollister

/s/Alisa P. Cleek
Alisa P. Cleek
Georgia Bar No. 581063
acleek@taylorenglish.com

TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
(770) 434-6868 Telephone
(770) 434-7376 Facsimile

*Attorney for Defendant*
*The Shelton Group Holdings LLC*